HONORABLE LONNY R. SUKO

Thomas W. McLane, WSBA No. 12226
Randall | Danskin, P.S.
601 W. Riverside, Suite 1500
Spokane, Washington 99201
Telephone: (509) 747-2052
Facsimile: (509) 624-2528
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA S. PAURUS, a married woman,<br><br>        Plaintiff,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | NO. CV-10-258-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On hearing the Parties' Stipulation, ECF No. 83, and the Court being

fully advised in the premises, it is

ORDERED that the above action is hereby dismissed with prejudice

with respect to the claims against Defendant Guardian Life Insurance

ORDER OF DISMISSAL WITH
PREJUDICE – 1

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

Company of America, with each party responsible for costs and fees incurred.

DATED this 23rd day of April, 2012.

*s/Lonny R. Suko*

The Honorable Lonny R. Suko

RANDALL | DANSKIN, P.S.

By: /s/ Thomas W. McLane
  THOMAS W. McLANE, WSBA No. 12226
  Attorneys for Defendant

McKINLEY FOSSUM, P.S.

By: /s/ Michell Fossum
  MICHELLE FOSSUM, WSBA No. 20249
  Attorney for Plaintiff

ORDER OF DISMISSAL WITH PREJUDICE – 2

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052